First Circuit

No.———

———

SANDERS v. DANTONI

———

(February 15, 1928. Opinion and Decree.)
(March 7, 1928. Rehearing Refused.)

———

(*Syllabus by the Editor*)

1. **Louisiana Digest—Taxation—Par. 283, 333.**
Notice of tax delinquency to the record

owner is a necessary jurisdictional pre-requisite to a tax sale.

Appeal from the Parish of Tangipahoa. Hon. Columbus Reid, Judge.

Action by Pharis Sanders against Vincent S. Dantoni.

There was judgment for plaintiff and defendant appealed.

Judgment affirmed.

Reid & Blache, of Hammond, attorneys for plaintiff, appellee.

Rownd & Warner, of Hammond, attorneys for defendant, appellant.

MOUTON, J. In February, 1922, plaintiff acquired a lot of ground in the City of Hammond, from James B. Arnold. In 1925 the property was sold at tax sale for the taxes of 1924, and was bought in by the defendant, Vincent S. Dantoni. This suit is brought by plaintiff to annul this sale.

It is well established by the record that plaintiff was the record owner in 1924, and also that he was living on the property at that time. It is shown that notice of delinquency for the taxes that were due on the property for 1924 was given to Arnold from whom plaintiff had acquired, but that no such notice was sent to or received by plaintiff.

This notice of delinquency to plaintiff, then record owner, was a jurisdictional pre-requisite to the tax sale.

The failure to serve this notice on plaintiff was fatal to the sale, and which was properly annulled by the District Judge. Recker vs. Dupuy, 161 La. 392, 108 South. 782. Plaintiff was correctly decreed owner of the property.